# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145754

CITIZENS FOR MORE MICHIGAN JOBS and
ROBERT J. CANNON,
　　　　　Plaintiffs-Appellants,

v

SECRETARY OF STATE, BOARD OF STATE
CANVASSERS, and DIRECTOR OF
ELECTIONS,
　　　　　Defendants-Appellees.

SC: 145754
COA: 312085

_____

　　　This cause having been brought to this Court by application for leave to appeal prior to decision by the Court of Appeals on the complaint for mandamus and having been argued by counsel and due deliberation having been had thereon, it is ordered that the complaint for mandamus filed in the Court of Appeals is dismissed and relief is denied in all other respects. Pursuant to MCR 7.317(C)(3), the Clerk is directed to issue this judgment order forthwith. No motion for rehearing will be entertained.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2012

Clerk